BLANCHE A. KITTLE, Respondent, v. ANNA FASANO and Others, Defendants, and MADALENA AMATO, Appellant.— Order denying appellant's motion to vacate deficiency judgment in a mortgage foreclosure action affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.

KLIN Co., INC., Respondent, v. NEW YORK RAPID TRANSIT CORPORATION, Appellant.— Order granting plaintiff's motion to strike out the separate and affirmative defenses contained in the answer, pursuant to subdivision 6 of rule 109 of the Rules of Civil Practice, affirmed, with ten dollars costs and disbursements. (Felberose Holding Corp. v. N. Y. Rapid Transit Corp., 244 App. Div. 427.) Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.

SELMA KOOTA and LEA LEWIS, Respondents, v. HARRY COHEN, Doing Business under the Trade Name and Style of HANOVER DRUG Co., Appellant.— Judgment entered upon the verdict of a jury in favor of plaintiff Selma Koota in an action to recover damages for personal injuries sustained by her as a result of falling on the entrance to defendant's premises, and by her mother to recover for loss of services, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Johnston and Taylor, JJ.

EDWARD J. LAROSE, Respondent, v. JOHN POSSEHL, Appellant, and Others, Defendants. (Appeal No. 1.) — Action by a member of a local union to obtain a vacatur of his suspension and the restoration of his rights and to restrain the defendants in respect thereto. Order denying motion to dismiss the complaint on the ground that plaintiff has an adequate remedy within his organization and has failed to exhaust this remedy and that the court has no jurisdiction herein, affirmed, with ten dollars costs and disbursements, with leave to appellant to answer within ten days from the entry of the order herein. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.

EDWARD J. LAROSE, Respondent, v. JOHN POSSEHL, Appellant, and Others, Defendants. (Appeal No. 2.) — Order granting plaintiff's motion to examine the appellant before trial in an action for an injunction restraining the carrying into effect of the fine and suspension of the plaintiff from a union, affirmed, with ten dollars costs and disbursements; the examination to proceed on five days' notice. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.

THE LINCOLN SAVINGS BANK OF BROOKLYN, Appellant, v. OTTO NOCELLA and Others, Defendants, and NATHAN HELLER, Referee-Respondent.— Order granting the referee to sell in a mortgage foreclosure action an additional allowance of $145 over and above the amount of $100 allowed him in the judgment reversed on the law and the facts, without costs, and motion denied. Under the circumstances shown in this case, it was an abuse of discretion to make an additional allowance to the full amount authorized by statute. (Chisholm v. Hopson, 182 App. Div. 856, and Lichtenstein v. Globe Tile Co., Inc., 215 id. 828.) Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.